IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DREAMWORKS, LLC AND DREAMWORKS ANIMATION LLC, | Case No. 25-cv-14901 |
| Plaintiffs, | **Judge Jorge L. Alonso** |
| v. | **Magistrate Judge Gabriel A. Fuentes** |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs DreamWorks, LLC and DreamWorks Animation LLC (collectively, "Plaintiffs") hereby dismiss this action as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| Fruitful Party | 61 |

Dated this 7th day of January 2026.　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　Amy C. Ziegler
　　　　　　　　　　　　　　　　　　　Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　Kahlia R. Halpern
　　　　　　　　　　　　　　　　　　　Luana Faria de Souza
　　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　　200 West Madison Street, Suite 2100
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　312.360.0080
　　　　　　　　　　　　　　　　　　　312.360.9315 (facsimile)
　　　　　　　　　　　　　　　　　　　aziegler@gbc.law
　　　　　　　　　　　　　　　　　　　jgaudio@gbc.law
　　　　　　　　　　　　　　　　　　　khalpern@gbc.law
　　　　　　　　　　　　　　　　　　　lfaria@gbc.law

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs DreamWorks, LLC*
　　　　　　　　　　　　　　　　　　　*and DreamWorks Animation LLC*